UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES PLAISANCE                                          CIVIL ACTION

VERSUS                                                     NO. 06-3209 c/w
                                                               07-3751

LOUISIANA DEPARTMENT OF                                    SECTION: "K" (5)
CORRECTIONS STATE OF LOUISIANA

**O R D E R**

Petitioner Charles Plaisance, a state court prisoner, filed two *pro se* petitions for federal *habeas corpus* relief seeking to vacate his state court conviction pursuant to a plea agreement on one count of possession with intent to distribute cocaine (La. Rev. Stat. 40:967A) as well as the sentence imposed on that conviction.[1] Petitioner seeks to vacate his conviction on the following grounds: 1) the state obtained his conviction through the use of evidence obtained pursuant to an unconstitutional search and seizure; 2) trial counsel rendered ineffective assistance by failing to object to the denial of petitioner's motion to suppress; and 3) trial counsel provided ineffective assistance by unlawfully inducing Plaisance to plead guilty.

The Court referred the case to Magistrate Judge Alma Chasez who prepared a "Report and Recommendation" (Doc. 18) in which she recommended that Plaisance's petition for relief pursuant to 28 U.S.C. §2254 be dismissed with prejudice as time-barred and alternatively recommending that petitioner's claims should be dismissed on the merits. Petitioner timely filed "Objections to the Magistrate Judge's Report and Recommendation" (Doc. 19).

Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of those

---

[1] The cases have been consolidated (Doc. 16).

portions of the Report and Recommendation objected to by petitioner. Upon review of the petition, the entire state court record, and the applicable law, the Court concludes that the conclusions of the Magistrate Judge are fully supported by the record and the controlling case law. Accordingly, the Court hereby overrules petitioner's objections, approves the Report and Recommendation of the United States Magistrate Judge, and adopts the Report and Recommendation as the opinion in this matter. Accordingly,

**IT IS ORDERED** that Charles Plaisance's petition for *habeas corpus* relief pursuant to 28 U.S.C. §2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of October, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**