UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES PLAISANCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3209 c/w** |
| | **07-3751** |
| **LOUISIANA DEPARTMENT OF CORRECTIONS STATE OF LOUISIANA** | **SECTION: "K" (5)** |

### *ORDER AND OPINION*

Before the Court is a "Petition for Writ of Supervisory and Error Patent Review" filed by petitioner Charles Plaisance. Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned denies the petition.

Charles Plaisance, a state prisoner, filed a motion for federal *habeas corpus* relief, seeking to vacate his state court conviction. The Court entered a judgment dismissing petitioner's claims after adopting the Report and Recommendation of the United States Magistrate Judge that the claims be dismissed (Doc. 20, 21). Thereafter petitioner challenged the Court's October 15, 2007, order dismissing as time-barred his claims for post-conviction relief pursuant to 28 U.S.C. §2254.[1] After construing petitioner's letter as a motion for new trial, the Court denied that motion. (Doc. 22).

Mr. Plaisance now petitions the Court for a writ of supervisory review and error patent review. Those procedural vehicles, while utilized by Louisiana state courts, are not available to a federal district court. Moreover, the Court has twice before reviewed and denied Mr. Plaisance's

---

[1] The Court also adopted the magistrate Judge's alternative recommendation, i.e., that he claims be denied on the merits (Doc. 20). Mr. Plaisance does not challenge the dismissal of the claims on the merits.

request for a writ of *habeas corpus* pursuant to 28 U.S.C. §2254.  Accordingly,  the relief sought by petitioner is DENIED.

New Orleans, Louisiana, this 11th day of January, 2008.

						_____
							STANWOOD R. DUVAL, JR.
						UNITED STATES DISTRICT JUDGE